**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| **v.** | | **Case No.** 1:08-cr-00056-RDB |
| | * | |
| Frank Keith Goodman | * | |
| **Defendant.** | * | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Kelly P. Dunbar                    , am a member in good standing of the bar of this

Court.   I am moving the admission of David W. Ogden

to appear pro hac vice in this case as counsel for Frank Keith Goodman                    .


We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following
     State Courts and/or United States Courts:

         State Court & Date of Admission          U.S. Court & Date of Admission

     See attached.
     _____          _____

     _____          _____

     _____          _____

     _____          _____

2.   The proposed admittee has never been disbarred, suspended, or denied admission to
     practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
     disbarred, suspended, or denied admission to practice law in any jurisdiction, then
     he/she must submit a statement fully explaining all relevant facts.)

3.   The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
     Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
     Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
     understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4.   The proposed admittee understands admission pro hac vice is for this case only and
     does not constitute formal admission to the bar of this Court.

5.  Either the undersigned movant or _____ ,
    is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6.  **The $100.00 fee for admission pro hac vice accompanies this motion.**

7.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Kelly P. Dunbar, Esquire
_____
Signature

Kelly P. Dunbar (20338)
_____
Printed name and bar number

Wilmer Cutler Pickering Hale & Dorr LLP
_____
Office name


2100 Pennsylvania Ave NW, Washington, DC 20037
_____
Address

Kelly.Dunbar@wilmerhale.com
_____
Email Address

(202) 663 6262
_____
Telephone number

(202) 663 6363
_____
Fax Number

PROPOSED ADMITTEE

/s/ David W. Ogden, Esquire
(signed by Kelly P. Dunbar with permission of David W. Ogden)
_____
Signature

David W. Ogden (DC: 375951)
_____
Printed name and bar number

Wilmer Cutler Pickering Hale & Dorr LLP
_____
Office name


2100 Pennsylvania Ave NW, Washington, DC 20037
_____
Address

David.Ogden@wilmerhale.com
_____
Email Address

(202) 663 6440
_____
Telephone number

(202) 663 6363
_____
Fax Number

## List of Court Admissions for David W. Ogden

| Court Name | Date of Admission |
|---|---|
| Supreme Court of the United States | 01/20/1987 |
| District of Columbia | 12/19/1983 |
| Virginia | 04/30/1986 |
| U.S. Court of Appeals for the First Circuit | 03/10/1989 |
| U.S. Court of Appeals for the Fourth Circuit | 07/07/1986 |
| U.S. Court of Appeals for the Fifth Circuit | 01/11/2017 |
| U.S. Court of Appeals for the Seventh Circuit | 10/20/2017 |
| U.S. Court of Appeals for the Eighth Circuit | 09/0/7/2016 |
| U.S. Court of Appeals for the Ninth Circuit | 12/20/2000 |
| U.S. Court of Appeals for the Tenth Circuit | 01/27/1992 |
| U.S. Court of Appeals for the D.C. Circuit | 07/26/1984 |
| U.S. District Court for the District of Colorado | 07/21/2016 |
| U.S. District Court for the District of Columbia | 07/06/1984 |
| U.S. District Court for the Eastern District of Virginia | 02/12/1988 |